# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | : : : |
| Plaintiff, | : : : CASE NO. 2:14-cv-13902-MOB-MKM |
| v. | : : |
| The Estate of VINCENT JAMES SAVIANO and PALMETTO INVESTMENTS, LLC, | : Hon. Marianne O. Battani : : |
| Defendants. | : : |

## ORDER

The Court, having considered Plaintiff Securities and Exchange Commission's Affidavit recommending a candidate for Receiver (Dkt. #10), HEREBY ORDERS THAT:

Until further order of this Court, Mr. Earle I. Erman of the law firm Erman, Teicher, Zucker & Freedman, P.C. is hereby appointed to serve without bond as Receiver for the Estate of Defendant Palmetto Investments, LLC pursuant to the terms and conditions of this Court's October 9, 2014 Order in this matter (Dkt. #7).

IT IS SO ORDERED.

Date:  November 5, 2014                    s/Marianne O. Battani
                                           MARIANNE O. BATTANI
                                           United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on November 5, 2014.

                                              s/ Kay Doaks
                                              Case Manager