UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>The Estate of VINCENT JAMES SAVIANO, And PALMETTO INVESTMENTS, LLC,<br><br>Defendants, | :<br>:<br>:<br>:<br>:<br>: CASE NO. 2:14-cv-13902-MOB-MKM<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**FINAL JUDGMENT AS TO DEFENDANT ESTATE OF VINCENT JAMES SAVIANO**

The Securities and Exchange Commission having filed a Complaint and Defendant Estate of Vincent James Saviano ("Defendant") having entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant is liable – on a joint and several basis with Defendant Palmetto Investments LLC – for disgorgement of $4,417,129.20, representing profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $145,608.15, for a total of $4,562,737.35. To satisfy this disgorgement and prejudgment interest obligation, the Receiver in this matter has – and, if necessary, shall continue to – direct payment of assets from the Estate of the Receivership Defendant (*i.e.*, Palmetto Investments, LLC) as directed by the Court in its orders for distribution until such time as the Court grants a motion to dissolve the Receivership.

Upon termination of the Receivership, Defendant's disgorgement and interest obligation shall be deemed satisfied.

II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and agreements set forth therein.

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

IV.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

SO ORDERED.

Date:   October 6, 2017                     s/Marianne O. Battani
                                            MARIANNE O. BATTANI
                                            United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on October 6, 2017.

                                            s/ Kay Doaks
                                            Case Manager

2